RECEIVED
IN LAKE CHARLES, LA

MAR 29 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ALVIN J. CHAISSON | CIVIL ACTION 09-137 |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE MINALDI |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's Application for Writ of *Habeas Corpus* Under 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2244(d)(1).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 25 day of March, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE